UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND L. JACKSON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:06-CV-1592 (JCH) |
| JAMES PURKETT, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

The matter is before the Court on Petitioner's Motion to Supplement Traverse (Doc. No. 16), filed June 20, 2007. The Court will grant this motion.

On June 18, 2007, however, the Court issued an order dismissing Petitioner's 28 U.S.C. § 2254 motion. (Doc. No. 14). After reviewing the Supplemental Traverse, the Court finds that it properly dismissed Petitioner § 2254 motion.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Supplement Traverse is **GRANTED**.

Dated this 28th day of June, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE